JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Heather Whitlock*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER WHITLOCK, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>PANASONIC ENERGY CORPORATION OF NORTH AMERICA, a Delaware Corporation; PANASONIC CORPORATION OF NORTH AMERICA, a New Jersey Corporation,<br><br>        Defendants. | Case No.: 2:25-cv-00734-GMN-EJY<br><br>**STIPULATION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND** |

Plaintiff HEATHER WHITLOCK and Defendants PANASONIC CORPORATION OF NORTH AMERICA and PANASONIC ENERGY CORPORATION OF NORTH AMERICA, by and through their respective counsel of record, hereby stipulate as follows:

1.    On representation by counsel for Defendant Panasonic Corporation of North America ("PNA") that Plaintiff was employed by PNA's division company, Panasonic Energy of North America ("PENA"), the parties agree that Plaintiff will amend the complaint to remove Defendant "Panasonic Energy Corporation of North America"; and relabel to "Panasonic

-1-

1    Corporation of North America" to include "dba Panasonic Energy of North America."

2        2.        The Parties agree and acknowledge that the renaming or removing of the entities

3    "Panasonic Corporation of North America" and "Panasonic Energy Corporation of North America",

4    respectively, shall not be used, now or in the future, as a basis to challenge the employment

5    relationship between Plaintiff and Defendant PNA dba PENA for any claims in this case or to avoid

6    liability for any judgment, if any.

7        3.        The parties further stipulate and agree that Defendant Panasonic Corporation of

8    North America shall have twenty-one (21) days to respond to the Complaint.

9        4.        Nothing in this stipulation shall be construed as a waiver of any defenses except those

10   specifically related to the proper naming of the defendant entity.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

-2-

STIPULATION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND

4904-5357-6525.v1

1

     5.      This stipulation is made in good faith and not for purposes of delay.

2

     **IT IS SO STIPULATED**

3

DATED June 17, 2025
GREENBERG GROSS LLP           PARSONS BEHLE & LATIMER

4

5

*/s/ Michael A. Burnette*      By:   */s/ Sarah Ferguson*
JEMMA E. DUNN               SARAH FERGUSON

6

Nevada Bar No. 16891         Nevada State Bar No. 14515
MATTHEW T. HALE          50 W. Liberty St., Suite 750

7

Nevada Bar No. 16880         Reno, NV 89501
MICHAEL A. BURNETTE

8

Nevada Bar No. 16210

9

1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

10

11

                       *Attorneys for Defendants*
                       *Panasonic Corporation of North America &*

12

*Attorneys for Plaintiff*       *Panasonic Energy Corporation of North America*
*Heather Whitlock*

13

                       **ORDER**

14

                       IT IS SO ORDERED:

15

16

17

                       UNITED STATES MAGISTRATE JUDGE

18

                       DATED: June 17, 2025

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND COMPLAINT AND FOR EXTENSION OF TIME FOR DEFENDANT TO
RESPOND
4904-5357-6525.v1