JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER WHITLOCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA dba PANASONIC ENERGY OF NORTH AMERICA, a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-00327-ART-CLB<br><br>**EARLY NEUTRAL EVALUATION STATUS REPORT** |

Pursuant to the Court's Minute Order dated July 14, 2025 [ECF No. 16], Plaintiff Heather Whitlock ("Plaintiff") and Defendant Panasonic Corporation of North America ("Defendant") (collectively the "Parties") by and through their respective counsel submit this Early Neutral Evaluation Status Report.

I. **INITIAL DISCLOSURES COMPLIANCE**

The Parties certify that they exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on August 20, 2025.

## II. COMPUTATION OF DAMAGES

Plaintiff certifies that she has provided Defendant with a computation of damages pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii), including:

- Economic damages for lost wages and benefits
- FMLA liquidated damages
- Emotional distress damages
- Punitive damages
- Attorneys' fees and costs

Said computation was provided as part of Plaintiff's Initial Disclosures served on August 20, 2025.

## III. REQUEST TO VACATE STATUS CONFERENCE

Based on the foregoing certifications, the Parties respectfully request that the Early Neutral Evaluation Conference currently scheduled on September 17, 2025, be vacated in accordance with the Court's Minute Order dated July 14, 2025. [ECF No. 16].

Dated this 9th day of September, 2025.

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Sarah Ferguson* |
| JEMMA E. DUNN | SARAH FERGUSON |
| Nevada Bar No. 16229 | Nevada Bar No. 14515 |
| MATTHEW T. HALE | PARSONS BEHLE & LATIMER |
| Nevada Bar No. 16880 | 50 West Liberty Street, Suite 750 |
| MICHAEL A. BURNETTE | Reno, Nevada 89501 |
| Nevada Bar No. 16210 | *Attorney for Defendant* |
| GREENBERG GROSS LLP | |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

C S B

UNITED STATES MAGISTRATE JUDGE

DATED: September 10, 2025

-2-

EARLY NEUTRAL EVALUATION STATUS REPORT