# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER WHITLOCK, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>PANASONIC CORPORATION OF NORTH AMERICA dba PANASONIC ENERGY OF NORTH AMERICA, a Delaware Corporation,<br><br>   Defendant. | Case No. 3:25-cv-00327-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff HEATHER WHITLOCK and Defendant PANASONIC CORPORATION OF NORTH AMERICA DBA PANASONIC ENERGY OF NORTH AMERICA, by and through their counsel of record, hereby stipulate and agree, pursuant to a settlement agreement, to dismiss this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

DATED: November 24, 2025.

GREENBERG GROSS LLP

*/s/ Michael A. Burnette*
Jemma E. Dunn
Matthew T. Hale
Michael A. Burnette
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com
*Attorneys for Plaintiff*

DATED: November 24, 2025.

PARSONS BEHLE & LATIMER

*/s/ Sarah Ferguson*
Sarah Ferguson, Esq. (NSBN 14515)
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: 775.323.1601
Email: SFerguson@parsonsbehle.com
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: November 26, 2025